IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-01379-WDM-KMT

NATURAL MIRACLES, INC,

      Plaintiff(s),

v.

NATIONAL COMPANIES, INC., et al.,

      Defendant(s).

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The following Minute Order is entered by Judge Walker D. Miller:

      Defendants' Motion to Dismiss (doc. no. 5)  is stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated: June 22, 2009

                      s/ Jane Trexler, Judicial Assistant