IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01379–WDM–KMT

NATURAL MIRACLES, INC.,

    Plaintiff,

v.

NATIONAL COMPANIES, INC.,
NATURE'S BLEND, INC., and
ROBERT LOEHR,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before me on the "Joint Motion for Entry of Stipulated Protective Order" [Doc. No. 25, filed September 9, 2009]. The Motion is DENIED and the proposed Protective Order is REFUSED. The parties are granted leave to submit a motion for protective order and revised form of protective order consistent with the comments contained here.

*Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000), set out certain requirements for the issuance of a blanket protective order such as the one sought here. Among other things, any information designated by a party as confidential must first be reviewed by a lawyer who will certify that the designation as confidential is "based on a good faith belief that [the information] is confidential or otherwise entitled to protection" under Fed. R. Civ. P. 26(c)(7). *Gillard*, 196 F.R.D. at 386.

The proposed Protective Order does not comply with the requirements established in *Gillard*. Therefore, it is ORDERED that the Motion for Protective Order is DENIED without prejudice, and the proposed Protective Order is REFUSED.

Dated: September 10, 2009